

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Jamie Lee Bledsoe, Appellant

No. 06-16-00044-CR          v.

The State of Texas, Appellee

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 12-0374X).    Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.   Therefore, we modify the trial court's judgment to reflect that Jamie Lee Bledsoe was convicted of the state jail felony of burglary of a building, but that the penalty for that offense is enhanced to the level of a second degree felony.   As modified, the judgment of the trial court is affirmed.

We note that the appellant, Jamie Lee Bledsoe, has adequately indicated his inability to pay costs of appeal.   Therefore, we waive payment of costs.

RENDERED OCTOBER 14, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk